# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MESA and BELINDA MESA | § | |
| | § | Civil Action No. 4:17-CV-532 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| WELLS FARGO BANK, N.A., REGAN PROPERTIES, LLC, and XQC PROPERTY, LLC, | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 4, 2018, the report of the Magistrate Judge (Dkt. #62) was entered containing proposed findings of fact and recommendations that Plaintiffs Michael Mesa and Belinda Mesa's Motion for Court-Ordered Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Plaintiffs' Motion for Voluntary Dismissal") (Dkt. #53) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion for Voluntary Dismissal (Dkt. #53) is **GRANTED**. The entirety of Plaintiffs Michael Mesa and Belinda Mesa's claims against Defendant Wells Fargo, N.A., Regan Properties, LLC, and XQC Property, LLC are hereby dismissed without prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
 SIGNED this 4th day of March, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE